# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 3, 2015

149353(59)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
         Plaintiff-Appellee,

v

SC: 149353
COA: 313703
Lapeer CC: 12-011003-FH

RALPH DAVID JACKWAY,
         Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's September 29, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 3, 2015


Clerk

p0126